FILED by **KS** D.C.

**May 13, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
# 21-20306-CR-ALTONAGA/TORRES
Case No._____

46 U.S.C. § 70506(b)
46 U.S.C. § 70503(a)(1)
46 U.S.C. § 70507(a)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JHONATHAN ALFONSO,
JOSE JORGE KOHEN,
    a/k/a "Mouwana Machiajo," and
JOSE MIGUEL ROSARIO-ROJAS,

    Defendants.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
#### Conspiracy to Possess a Controlled Substance Aboard a Vessel
#### (46 U.S.C. § 70506(b))

Beginning on an unknown date and continuing through on or about May 1, 2021, upon the

high seas and elsewhere outside the jurisdiction of any particular State or district, the defendants,

**JHONATHAN ALFONSO,**
**JOSE JORGE KOHEN,**
**a/k/a "Mouwana Machiajo," and**
**JOSE MIGUEL ROSARIO-ROJAS,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with

other persons unknown to the Grand Jury, to possess with intent to distribute a controlled substance

while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46,

United States Code, Section 70503(a)(1), all in violation of Title 46, United States Code, Section

70506(b).

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of the defendants' own conduct, and the conduct of other conspirators reasonably foreseeable to the defendants, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B).

### COUNT 2
**Possession with Intent to Distribute a Controlled Substance Aboard a Vessel**
**(46 U.S.C. § 70503(a)(1))**

On or about May 1, 2021, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, the defendants,

**JHONATHAN ALFONSO,**
**JOSE JORGE KOHEN,**
**a/k/a "Mouwana Machiajo," and**
**JOSE MIGUEL ROSARIO-ROJAS,**

did knowingly and intentionally possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

### FORFEITURE ALLEGATIONS

1.      The allegations of Counts 1 and 2 of this Indictment are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of property in which the defendants, **JHONATHAN ALFONSO, JOSE JORGE KOHEN, a/k/a "Mouwana**

2

**Machiajo," and JOSE MIGUEL ROSARIO-ROJAS,** have an interest.

2.      Upon conviction of a violation of, or conspiracy to violate, Title 46, United States Code, Sections 70503 and/or 70506, as alleged in this Indictment, the defendants shall forfeit to the United States any property described in Title 21, United States Code, Section 881(a) that was used or intended for use to commit, or to facilitate the commission of, such offense, pursuant to Title 46, United States Code, Section 70507(a).

All pursuant to Title 21, United States Code, Sections 853 and 970, and Title 46, United States Code, Section 70507(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

JHONATHAN ALFONSO, et al.,

_____Defendants._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

| | | |
|---|---|---|
| ✓ | Miami | ___ Key West |
| ___ | FTL | ___ WPB ___ FTP |

New defendant(s)          Yes ___   No ___
Number of new defendants          ___
Total number of counts          ___

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)     Yes
    List language and/or dialect     Spanish

4.  This case will take  3-5  days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

| | | |
|---|---|---|
| I | 0 to 5 days | ✓ |
| II | 6 to 10 days | |
| III | 11 to 20 days | |
| IV | 21 to 60 days | |
| V | 61 days and over | |

    (Check only one)

| | |
|---|---|
| Petty | |
| Minor | |
| Misdem. | |
| Felony | ✓ |

6.  Has this case previously been filed in this District Court?     (Yes or No)     No
    If yes: Judge _____     Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     (Yes or No)     Yes
    If yes: Magistrate Case No.     21-02932-TORRES
    Related miscellaneous numbers: _____
    Defendant(s) in federal custody as of     May 12, 2021
    Defendant(s) in state custody as of _____
    Rule 20 from the District of _____

    Is this a potential death penalty case? (Yes or No)     No

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes ___   No ✓

8.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     Yes ___   No ✓

9.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     Yes ___   No ✓

RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY
Court ID No.: 817643

*Penalty Sheet(s) attached

REV 6/5/2020

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  JHONATHAN ALFONSO**

**Case No:**

Count #: 1

Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Possession with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70503(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  JOSE JORGE KOHEN a/k/a "Mouwana Machiajo"**

**Case No:**

Count #: 1

Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Possession with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70503(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  JOSE MIGUEL ROSARIO-ROJAS**

**Case No:**

Count #: 1

Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Possession with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70503(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**